ROSE COLIN, Respondent, v. HERMAN WEISS, Defendant, Impleaded with MORRIS STORCH, Appellant.— Order reversed on the law and facts, with ten dollars costs and disbursements, and motion to vacate sale granted, with ten dollars costs, and matter remitted to the Special Term for the parties to proceed as they may be advised. Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ., concur.

MARY HESS, Respondent, v. STRACHMAN BROTHERS, INC., Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

JESSIE L. LANSING, Respondent, v. W. YATES LANSING, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ.

MARY MANNELL, Appellant, v. UNITED TRACTION COMPANY, Respondent.— Motion denied, with ten dollars costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

ARTHUR W. FREDETTE, Appellant, v. VILLAGE OF WHITEHALL, NEW YORK, and Others, Respondents.— Motion denied, with ten dollars costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

PERCY A. ROCKEFELLER and Another, as Executors of WILLIAM G. ROCKEFELLER, Deceased, and WILLIAM A. ROCKEFELLER, as Administrator with the Will Annexed of the Estate of WILLIAM G. ROCKEFELLER, Deceased, Respondents, v. JOHN P. KELLAS and Others, Appellants.— Motion denied, with ten dollars costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

GEORGE S. STEAD, Respondent, v. CORA K. BOYCE, Appellant.— Motion denied, with ten dollars costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

DANIEL HARTE, Respondent, v. DELAWARE, LACKAWANNA AND WESTERN RAILROAD COMPANY, Appellant.— Motion denied, with ten dollars costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.